# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Law Office of Sylvia L Thomas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Supreme Court, et al., <br><br> Defendants. | **NO. CV-17-01409-PHX-SPL** <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 17, 2017 and July 20, 2017, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

July 20, 2017

By  s/ D. Draper
Deputy Clerk