Sylvia L. Thomas - Bar No. 023845
**LAW OFFICE OF SYLVIA L. THOMAS, LLC**
P.O. Box 1584
Tempe, Arizona 85280-1584
Phone: 480.273.9431 direct
Email: sylvia.thomas@sltlaw.net
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| THE LAW OFFICE OF SYLVIA L. THOMAS, LLC, et al., <br><br> Plaintiffs. <br><br> v. <br><br> STATE OF ARIZONA SUPREME COURT, et al., <br><br> Defendants. | Case No. 2:17-CV-01409-PHX-SPL <br><br> NOTICE OF APPEAL |

NOTICE IS GIVEN that The Law Office of Sylvia L. Thomas, LLC, SLT Business Enterprises, LLC and Sylvia Lynne Thomas ("Plaintiffs"), by and through counsel undersigned, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the United States District Court for the District of Arizona's August 15, 2017 Amended Judgment (Doc 26) of *sua sponte* dismissal with prejudice before service of process and without affording leave to amend (Doc 19).

Pursuant to Order (Doc 22) as clarified under Order (Doc 25), Plaintiffs' appeal is timely.

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Dated: August 18, 2017 | Respectfully submitted,<br>By: /s/ Sylvia L. Thomas<br>Sylvia L. Thomas<br>THE LAW OFFICE OF SYLVIA L. THOMAS, LLC<br>P. O. BOX 1584<br>Tempe, Arizona 85280-1584<br>Email: sylvia.thomas@sltlaw.net<br>Phone: 480.273.9431<br>*Attorneys for Plaintiffs* |

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically transmitted the foregoing NOTICE OF APPEAL to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.